DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3703
    FAX: (510) 637-3724
    jonathan.lee@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JIN K. CHUNG,<br><br>    Defendant. | Case No. 09-mj-70484 WDB<br><br>ADMINISTRATIVE MOTION FOR COURT ORDER RE DISCOVERY PRODUCTION OF UNDER SEAL FILING TO DEFENSE COUNSEL; DECLARATION OF JONATHAN U. LEE; (PROPOSED) ORDER |

<u>ADMINISTRATIVE MOTION FOR COURT ORDER RE DISCOVERY PRODUCTION OF</u>

<u>UNDER SEAL FILING TO DEFENSE COUNSEL</u>

    The United States respectfully submits this administrative motion for an order permitting the production in discovery, under the terms of the operative protective order in this case, of an under seal filing in U.S. v. Peter Son requested by counsel for Defendant Chung. This motion is authorized by Criminal Local Rule 2-1, incorporating Civil Local Rule 7-11. Defendant Chung does not oppose this motion.

///

ADMIN. MOT. & DECL.; PROPOSED ORDER
09-MJ-70484 WDB

1

## STATEMENT OF FACTS

<u>U.S. v. Jin Chung</u>, 09-mj-70484 WDB

The United States filed the complaint in this action alleging wire fraud on May 29, 2009. ECF #1. Defendant Chung made his initial appearance on February 8, 2019. ECF #9. After appointment of counsel for the defendant, counsel for both parties commenced discussions about discovery. The parties stipulated to a protective order. ECF #17-18. Thereafter, the United States produced more than 9,000 pages of discovery material, consisting of 1,215 pages of materials on March 1, 2019; 1,886 pages on March 8, 2019; 4,418 pages on March 28, 2019; and 1,745 pages on April 5, 2019.

On April 10, 2019, defendant requested production of certain additional materials, including the subject of this application: "the sealed attachment containing a list of victims" filed in <u>U.S. v. Son</u> at docket number 40.

<u>U.S. v. Peter Son</u>, 09-CR-00755 DLJ

Defendant Peter Son was named in the same complaint described above naming Defendant Chung. The government arrested Defendant Son in 2009. He made his initial appearance on Jun 8, 2009. ECF #3. After status conferences, Defendant Son entered his guilty plea on April 9, 2010, and the Court sentenced him on July 30, 2010. ECF # 20, 27. As part of the restitution hearing following sentencing, the government filed the attachment containing the list of victims that is the subject of this application. ECF #40.

## DISCUSSION

The United States requests the Court to grant this motion, permitting the United States to provide Defendant Chung's counsel with a copy of the list of victims. The production would be made pursuant to the stipulated protective order in this case and will permit counsel to receive information regarding the scope and extent of the fraud alleged against his client, facilitating his effective representation in this matter. The United States presents this motion under Criminal Local Rule 2-1, incorporating the Court's Civil Local Rules, and Civil Local Rule 7-11, permitting a motion for administrative relief not otherwise governed by federal statute, local rule or standing order. Where, as here, the government seeks to provide a document under seal in discovery in a related case, at defendant's counsel's request, these

rules permit the Court to enter the requested order. The United States is not seeking an order lifting the seal on the filed document but rather to permit discovery of the document to Chung, following his arrest and initial appearance.

On May 16, 2019, defense counsel confirmed that he does not oppose this motion.

## CONCLUSION

For the foregoing reasons, the United States requests the Court to grant this motion.

DATED: May 17, 2019                    Respectfully submitted,

                                              DAVID L. ANDERSON
                                              United States Attorney

                                              */s/ Jonathan U. Lee*

                                              JONATHAN U. LEE
                                              Assistant United States Attorneys

## DECLARATION OF JONATHAN U. LEE

I, Jonathan U. Lee, declare as follows:

1. I am the Assistant United States Attorney in the Northern District of California assigned to this matter. I make this declaration based on facts within my personal knowledge and if called, I could and would competently testify thereto.

2. My involvement in this proceeding began with Defendant Chung's initial appearance in February of this year, following his extradition from the Republic of Korea. Since that time, I have been engaged in a process of locating and producing discovery to defense counsel, Hanni Fakhoury. As noted in the motion, our office produced more than 9,000 pages of discovery, including 1,215 pages of materials on March 1, 2019; 1,886 pages on March 8, 2019; 4,418 pages on March 28, 2019; and 1,745 pages on April 5, 2019.

3. On April 10, 2019, defense counsel sent me a letter describing categories of supplemental discovery requested, including the sealed attachment containing a list of victims filed in U.S. v. Son at docket number 40.

ADMIN. MOT. & DECL.; PROPOSED ORDER
09-MJ-70484 WDB

3

4.      After receiving defense counsel's letter, I located the document as part of my search for materials responsive to all of the categories requested in the April 10, 2019 letter.

5.      Mr. Fakhoury and I have been in contact about the status of discovery.  As part of those discussions, on May 16, 2019, I informed him that I would be seeking this order and he confirmed that he would not oppose it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Oakland, California, on May 17, 2019.

/s/ *Jonathan U. Lee*

ADMIN. MOT. & DECL.; PROPOSED ORDER
09-MJ-70484 WDB

4

## (PROPOSED) ORDER

The motion is GRANTED. The United States may produce in discovery to Defendant Chung the list of victims at docket entry 40 in U.S. v. Peter Son, which production will governed by the terms of the protective order in this case.

IT IS SO ORDERED.

DATED: _____

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE