1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   HANNI M. FAKHOURY
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone: (510) 637-3500
6  Facsimile: (510) 637-3507
   Email:     Hanni_Fakhoury@fd.org

Attorneys for Jin Chung

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIN CHUNG,<br><br>Defendant. | **Case No.:** CR 09–70484 WDB-2<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING TO JULY 9, 2019 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>**Court:** Courtroom 4, 3rd Floor<br>**Hearing Date:** June 18, 2019<br>**Hearing Time:** 9:30 a.m. |

A status hearing regarding preliminary hearing or arraignment is set in this case on June 18, 2019 at 9:30 a.m. Dkt. 21. The parties jointly request the Court continue the hearing to July 9, 2019 at 9:30 a.m. The government is continuing to produce voluminous discovery and defense counsel needs additional time to review the discovery with Mr. Chung. The parties are also exploring the possibility of a pre-indictment resolution to the matter and need additional time to negotiate. Finally, undersigned defense counsel is out of the district for parts of June and July, and therefore needs additional time to meet with Mr. Chung and review discovery.

As a result, the parties request the Court exclude time under Federal Rule of Criminal Procedure 5.1(c) and (d) and the Speedy Trial Act, 18 U.S.C. § 3161, between June 18, 2019 and July 9, 2019 to allow for effective preparation of counsel taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated: May 21, 2019

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
HANNI M. FAKHOURY
Assistant Federal Public Defender

Dated: May 21, 2019

DAVID L. ANDERSON
United States Attorney
Northern District of California

/S
JONATHAN U. LEE
Assistant United States Attorney

# [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. The defendant and defense counsel need additional time to discuss the case and the evidence and the parties need additional time to finalize a potential resolution of the case, tasks which are necessary for the defense preparation of the case, and the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

2. Defense counsel has represented to the Court he is out of the district for periods of time in June and July 2019, and the failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel, and

3. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Based on these findings, it is hereby ordered that the status hearing date of June 18, 2019, scheduled at 9:30 a.m. before this Court is vacated and reset for July 9, 2019 at 9:30 a.m. before the Honorable Kandis A. Westmore. It is further ordered that time is excluded pursuant to Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from June 18, 2019 through July 9, 2019.

DATED:_____          _____
                                HONORABLE DONNA M. RYU
                                United States Magistrate Judge

**IT IS SO ORDERED.**